No. 843. GYPSY OIL CO. *v.* OKLAHOMA TAX COMM'N ET AL. May 21, 1934. *Order:* It is ordered that the *per curiam* opinion of this Court, delivered May 7, 1934, in this cause, be and it is hereby amended to read as follows: *"Per curiam:* The decree dismissing the bill of complaint is modified so as to provide that the complaint is dismissed upon the ground that the District Court was without jurisdiction because the requisite jurisdictional amount was not involved. *Healy* v. *Ratta, ante,* p. 263. As so modified, the decree is affirmed." See *ante,* p. 605.